## KIRKPATRICK *v.* THE STATE.

FISH, J.   This being a bill of exceptions from the criminal court of Atlanta, and, under the decision rendered in *Welborne* v. *State,* during the present term, the Supreme Court having no jurisdiction to entertain the same, the writ of error is dismissed.

*Writ of error dismissed.    All the Justices concurring, except Little J., absent.*

Submitted January 20, — Decided March 11, 1902.

Writ of error from the criminal court of Atlanta.

*W. T. Moyers, Dorsey, Brewster & Howell,* and *H. M. Dorsey,* for plaintiff in error.    *E. R. Black, solicitor,* contra.